Before HIGGINBOTHAM, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed essentially for the reasons stated in its careful Order and Reasons of March, 31, 2005.

AFFIRMED.

Theresa RAGER, Plaintiff–Appellant,

v.

GULF BEACH RESORT HOTEL, INC., Defendant–Appellee.

No. 05–60291.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 11, 2006.

William Barrow Weatherly, Weatherly Law Office, Gulfport, MS, for Plaintiff–Appellant.

Trace Dene McRaney, Dukes, Dukes, Keating & Faneca, Gulfport, MS, for Defendant–Appellee.

Before HIGGINBOTHAM, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed essentially for the reasons stated in its careful Memorandum Opinion and Order of March 9, 2005.

AFFIRMED.

Nino Castellania GIBSON, Petitioner–Appellant,

v.

Doug DRETKE, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.

No. 04–20456.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 11, 2006.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.